**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| TIFFANY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | 1:12-cv-00952-WSD |
| | ) | |
| INTERNATIONAL | ) | |
| REHABILITATIVE SCIENCES, | ) | |
| INC., D/B/A RS MEDICAL, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Tiffany Smith and Defendant International Rehabilitative Sciences, Inc., by and through undersigned counsel, hereby stipulate and agree that the above-styled action against Defendant should be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

Respectfully submitted:   August 2, 2012.

/s/ Jeff Kerr _____
Jeff Kerr
Georgia Bar No. 634260
jeff@maysandkerr.com

John L. Mays
Georgia Bar No. 986574
john@maysandkerr.com

**MAYS & KERR LLC**
229 Peachtree Street
International Tower | Suite 980
Atlanta, Georgia 30303
Tel:   404-410-7998
Fax:  404-855-4066

***Attorneys for Plaintiff***

/s/ Debra G. Buster _____
Debra G. Buster
Georgia Bar No. 510587
debra.buster@agg.com

Ashley S. Kelly
Georgia Bar No. 678211
ashley.kelly@agg.com

**ARNALL GOLDEN & GREGORY LLP**
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363-1031
Tel:   404-873-8606
Fax:  404-873-8607

***Attorneys for Defendant***